1360 Hampton Hall Road
Atlanta, Georgia 30319
June 28, 2011

**VIA FEDERAL EXPRESS**

Clerk, United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

> Re: <u>John W. Wade, et al. v. Law Office of Mark A. Carey, et al.</u>; Civil Action No. CV10-5900 in the United States District Court for the Eastern District of New York

Dear Sir or Madam:

Enclosed please find the original and two copies of Answer and Affirmative Defenses of Defendants Law Office of Mark A. Carey and Mark A. Carey. Please file the original and return a copy to me in the enclosed self-addressed envelope.

Should you have any questions, please call me at (716) 880-0747.

Thank you for your assistance.

Very truly yours,

Mark A. Carey

Enclosures

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

# Mandatory Electronic Filing

### http://www.nyed.uscourts.gov

*As of August 2, 2004, electronic case filing became mandatory for all civil cases and for all criminal cases, pro se cases are excluded.*
[Administrative Order 2004-08]



Hard copies of all electronic filed documents can be submitted to chambers as a *"Courtesy Copy"*.*

All initiating documents (**cases that require a case number, Judge and Magistrate Judge to be assigned**), in civil and in criminal cases, will continue to be filed in hard copy.



For further information on electronic filing go to our web site http://www.nyed.uscourts.gov and click on the **CM/ECF button** located on the left-hand side of the screen. Download/print the **ECF User's Guide** to familiarize yourself with ECF.

Mandatory ECF Filing 3.wpd