1360 Hampton Hall Road
Atlanta, Georgia 30319
July 7, 2011

**VIA FEDERAL EXPRESS**

August Marzilliano, Administrative Specialist
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    <u>John W. Wade, et al. v. Law Office of Mark A. Carey, et al.</u>; Civil Action No. CV10-5900 in the United States District Court for the Eastern District of New York

Dear Mr. Marzilliano:

    My assistant, Vickie Walker, spoke with Jill Hanekamp earlier today regarding the above-referenced matter. Ms. Hanekamp was very helpful and requested that I send this letter to your attention.

    On June 28, I sent to the Clerk (via Federal Express) the original and two copies of the Answer and Affirmative Defenses of Defendants Law Office of Mark A. Carey and Mark A. Carey (the "Answer") and requested that the original be filed and a stamped-filed copy returned to me in the envelope I had also enclosed.

    My Federal Express package was signed for by "M. Tenecora" at 9:19 a.m. on June 29, 2011. I have enclosed a copy of the delivery confirmation. Unfortunately, my entire package was returned to me with the enclosed notice regarding electronic filing. Please note that I am proceeding **pro se** in this action and therefore am not required to file electronically.

    Enclosed please find the original and two copies of Answer and Affirmative Defenses of Defendants Law Office of Mark A. Carey and Mark A. Carey. Please file the original and return a copy to me stamped with the date of filing in the enclosed self-addressed envelope. Ms. Hanekamp assured me that the Answer

would be considered filed on June 29, 2011, the date it was originally received by the Clerk.

Should you have any questions, please call me at (716) 880-0747.

Thank you for your assistance.

Very truly yours,

Mark A. Carey

Enclosures



**THE LAW OFFICES OF MARK A. CAREY, P.C.**

Vickie Walker <vwalker@markcareylaw.com>

# FedEx Shipment 797250402234 Delivered
1 message

---

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>  
Reply-To: trackingmail@fedex.com  
To: vwalker@markcareylaw.com

Wed, Jun 29, 2011 at 9:29 AM

---

This tracking update has been requested by:

| | |
|---|---|
| Name: | Vickie Walker |
| E-mail: | vwalker@markcareylaw.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | Wade v. Carey |
| Ship (P/U) date: | Jun 28, 2011 |
| Delivery date: | Jun 29, 2011 9:19 AM |
| Sign for by: | M.TENECORA |
| Delivery location: | BROOKLYN, NY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 797250402234 |

| Shipper Information | Recipient Information |
|---|---|
| Vickie Walker | Clerk - Filing Desk |
| #307 | United States District Court |
| 925-B Peachtree Street, N. E. | 225 Cadman Plaza |
| Atlanta | Brooklyn |
| GA | NY |
| US | US |
| 30309 | 11201 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:22 AM CDT on 06/29/2011.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.